**Opinion issued September 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-20-00480-CV**

**NO. 01-20-00481-CV**

**NO. 01-20-00482-CV**

_____

**IN RE 2017 YALE DEVELOPMENT, LLC, ALI AND SHAHNAZ
CHOUDHRI, STEPHANIE ALVAREZ, JETALL COMPANIES INC. AND
BRAD PARKER, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, 2017 Yale Development, LLC, Ali and Shahnaz Choudhri,

Stephanie Alvarez, Jetall Companies Inc., and Brad Parker,[1] have filed a petition

---

[1] Relators, Ali and Shahnaz Choudhri, Stephanie Alvarez, Jetall Companies Inc., and Brad Parker, notified this Court on July 28, 2020 that they were adopting the petition filed by relator 2017 Yale Development, LLC.

for writ of mandamus, seeking to have this Court order the trial court to vacate an order granting a motion to recuse and disqualify and to issue findings of fact and conclusions of law.[2]

We **deny** relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

---

[2] The underlying case is *Steadfast Funding, LLC, et al. v. 2017 Yale Development, LLC, et al.*, cause numbers 2019-23950, 2019-51432 & 2019-59191, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.